UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
:
EMANUEL DELACRUZ, ON BEHALF                  :
OF HIMSELF AND ALL OTHER                     :
PERSONS SIMILARLY SITUATED,                  :
                                             :   No.: 1:24-cv-2682-DEH-GS
                                             :
                Plaintiffs,                  :
                                             :   **<u>NOTICE OF VOLUNTARY</u>**
                                             :   **<u>DISMISSAL</u>**
        v.                                   :
                                             :
                                             :
COLLEGE OF SAINT BENEDICT,                   :
                                             :
                                             :
                Defendant.                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

Plaintiff(s), EMANUEL DELACRUZ, in accordance with Rule 41(a)(1)(A)(i) of the

Federal Rules of Civil Procedure, hereby dismisses the above entitled action with prejudice and

without fees and costs against Defendant, COLLEGE OF SAINT BENEDICT.

Dated: New York, New York
        August 1, 2024


**GOTTLIEB & ASSOCIATES  PLLC**


s/Dana L. Gottlieb
Dana L. Gottlieb, Esq (DG-6151)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street
Suite PHR
150 East 18th Street
New York, New York 10003
(212)879-0240
Attorneys for Plaintiffs


SO ORDERED:


_____
Dale E. Ho
United States District Court Judge

Dated: August 2, 2024
        New York, New York